IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA



FILED

DEC 09 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>VINCENT DAVIN WALLEN and<br>TORI DANEA NUNLEY,<br><br>    *Defendants.* | SEALED<br><br>Case No.  **21CR382 JFH** |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### ARSON IN INDIAN COUNTRY
### [18 U.S.C. §§ 81, 1151 & 1153]

On or about October 23, 2020, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **VINCENT DAVIN WALLEN,** an Indian, did willfully and maliciously set fire to and burn, and attempt to set fire to and burn, a building and dwelling, in violation of Title 18, United States Code, Sections 81, 1151 and 1153.

### COUNT TWO

### CONSPIRACY
### [18 U.S.C. §§ 371]

From on or about October 22, 2020 and continuing through on or about October 23, 2020, within the Eastern District of Oklahoma, the Defendants, **VINCENT DAVIN WALLEN** and **TORI DANEA NUNLEY**, did knowingly and intentionally conspire, confederate, and agree with each other and other persons unknown to the Grand Jury, to commit an offense against the United

States, in violation of Title 18, United States Code, Sections 81, 1151, and 1153, that is, Arson in Indian Country.

## OVERT ACTS

In furtherance of the conspiracy and to effect the object of the conspiracy, the Defendants, **VINCENT DAVIN WALLEN** and **TORI DANEA NUNLEY**, committed the following overt acts, among others, in the Eastern District of Oklahoma:

1. On or before October 22, 2020, **TORI DANEA NUNLEY** and **VINCENT DAVIN WALLEN** exchanged electronic messages about burning the residence belonging to J.R.

2. On October 22, 2020, **TORI DANEA NUNLEY** sent **VINCENT DAVIN WALLEN** an electronic message wherein she agreed to pay **VINCENT DAVIN WALLEN** for burning the residence.

3. On October 22, 2020, **VINCENT DAVIN WALLEN** described the location of the residence that **TORI DANEA NUNLEY** wanted burned through an electronic message.

4. On October 22, 2020, **TORI DANEA NUNLEY** sent an electronic message verifying that **VINCENT DAVIN WALLEN** described the correct residence to be burned.

5. On or about October 23, 2020, **VINCENT DAVIN WALLEN** burned the residence belonging to J.R.

6. On October 23, 2020, **TORI DANEA NUNLEY** paid **VINCENT DAVIN WALLEN** $150.00 for burning the residence belonging to J.R.

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
Acting United States Attorney

JORDAN W. HOWANITZ, TN BAR # 035622
Assistant United States Attorney