IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**VINCENT DAVIN WALLEN** and **TORI DANEA NUNLEY**,<br><br>*Defendants.* | Case No. CR-21-382-JFH |

### JOINT STATUS REPORT REGARDING PRODUCTION OF DISCOVERY

COMES NOW the United States of America, by and through its attorneys, Christopher J. Wilson, United States Attorney, and Jordan W. Howanitz, Assistant United States Attorney, Clint James, Attorney for the Defendant, Vincent Wallen, and Sunethra Muralidhara, Attorney for the Defendant, Tori Nunley, and submits this Joint Status Report Regarding Production of Discovery, pursuant to this Court's Order. (Doc. # 44).

The Defendant, Vincent Wallen, was arraigned on January 13, 2022. (Doc. # 13). The Defendant, Tori Nunley, was arraigned on January 27, 2022. (Doc. # 26). Pursuant to Local Criminal Rule 16.1(A), the United States' discovery was uploaded to USAfx and made available on January 13, 2022, for Vincent Wallen and January 27, 2022, for Tori Nunley. Counsels for the Defendants confirmed that they have been provided the aforementioned discovery.  Counsel for the United States and the Defendants have since conducted a telephonic conference regarding discovery and the Government is continuing to assist defense counsels in viewing the electronic media discovery.  The Defendants have requested additional discovery. At this point, the United States is in the process of fulfilling the Defendants requests. The United States has provided all known discovery at this time.

Both parties are aware of their continuing discovery obligations, however, and will make the other party aware should any additional discovery become available.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/ Jordan W. Howanitz
JORDAN W. HOWANITZ
Assistant United States Attorney


s/ Clint James
CLINT JAMES
Counsel for Defendant, Wallen

s/ Sunethra Muralidhara
SUNETHRA MURALIDHARA
Counsel for Defendant, Nunley